PRINTED ON RECYCLED PAPER

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965) rgebhardt@jmbm.com
J.T. WELLS BLAXTER (Bar No. 190222) wblaxter@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys For Defendant and Counterclaimant
EZGO, a division of TEXTRON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| TK POWER, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEXTRON INC., a Delaware Corporation,<br><br>Defendant. | **CASE NO.: C 04-5098 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEDIATE** |
| TEXTRON INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>TK POWER, INC., a Nevada Corporation,<br><br>Counterdefendant. | |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:

WHEREAS paragraph 4 of the Court's April 28, 2005 Case Management and Pretrial Order for Jury Trial requires that "mediation shall be held in October or November 2005;"

AND WHEREAS the parties have agreed to mediate this case before Hon. Alfred Chiantelli on December 16, 2005;

444490v1

Stipulation and [Proposed] Order Amending CMO
Case No.: C 04-5098 EMC

1    IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their
2    respective counsel that the Court's Case Management and Pretrial Order for Jury Trial may be
3    amended to allow the mediation to proceed in December 2005.

4

5    **IT IS SO STIPULATED.**

6

7    DATED:  August 17, 2005              JEFFER, MANGELS, BUTLER & MARMARO LLP

8

9

10                                         BY:  _____/S/_____
                                                J.T. WELLS BLAXTER
11                                         Attorneys for Defendant and Counterclaimant EZGO, a
                                           division of TEXTRON INC.
12

13

14

15   DATED:  August 17, 2005              CORNERSTONE LAW GROUP

16

17

18                                         BY:  _____/S/_____
                                                JOHN C. BROWN
19                                         Attorneys for Plaintiff and Counterdefendant TK
                                           POWER, INC.
20

\* \* \*

**ORDER**

Pursuant to foregoing stipulation, **IT IS SO ORDERED** that the Case Management and Pretrial Order for Jury Trial is hereby amended to allow the mediation of this action to proceed in December 2005.

DATED: August 23, 2005

THE HONORABLE M. CHEN
MAGISTRATE
UNITED STATES DISTRICT COURT

_Judge Edward M. Chen_