JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965) rgebhardt@jmbm.com
J.T. WELLS BLAXTER (Bar No. 190222) wblaxter@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys For Defendant and Counterclaimant
EZGO, a division of TEXTRON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| TK POWER, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEXTRON INC., a Delaware Corporation,<br><br>Defendant.<br><br>TEXTRON INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>TK POWER, INC., a Nevada Corporation,<br><br>Counterdefendant. | **CASE NO.: C 04-5098 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION FOR LEAVE TO AMEND** |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:

WHEREAS TK Power, Inc. filed a Motion for Leave to File First Amended Complaint which is set for hearing September 28, 2005;

WHEREAS E-Z-GO's Opposition to the Motion for Leave To File First Amended Complaint is currently due on September 7, 2005;

AND WHEREAS the parties have agreed to extend the time within which E-Z-GO must file it opposition until September 8, 2005;

IT IS HEREBY AGREED AND STIPULATED by and between all parties, through their respective counsel that E-Z-GO's Opposition to Plaintiff's Motion For Leave To File First Amended Complaint may be filed in September 8, 2005.

**IT IS SO STIPULATED.**

DATED: September 7, 2005         JEFFER, MANGELS, BUTLER & MARMARO LLP

BY:  /S/
J.T. WELLS BLAXTER
Attorneys for Defendant and Counterclaimant EZGO, a division of TEXTRON INC.

DATED: September 7, 2005         CORNERSTONE LAW GROUP

BY:  /S/
JOHN C. BROWN
Attorneys for Plaintiff and Counterdefendant TK POWER, INC.

* * *

**ORDER**

Pursuant to foregoing stipulation, **IT IS SO ORDERED** that E-Z-GO's Opposition to TK Power's Motion for Leave to File First Amended Complaint shall be filed on September 8, 2005.
by 4:00 p.m.

DATED: September 7, 2005

_____
THE HONORABLE EDWARD M. CHEN
MAGISTRATE
UNITED STATES DISTRICT COURT