1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965)
2  J.T. WELLS BLAXTER (Bar No. 190222)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:     (415) 398-8080
4  Facsimile:     (415) 398-5584
                  rgebhardt@jmbm.com
5                 wblaxter@jmbm.com

6
   Attorneys For Defendant and Counterclaimant
7  E-Z-GO, a division of TEXTRON INC.

8
                           UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
10

| | |
|---|---|
| TK POWER, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEXTRON INC., a Delaware Corporation,<br><br>Defendant. | **CASE NO.: C 04-5098 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL** |
| TEXTRON INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>TK POWER, INC., a Nevada Corporation,<br><br>Counterdefendant. | Trial Date:     May 8, 2006 |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN ALL PARTIES IN THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:

**WHEREAS** the Court entered the Case Management and Pretrial Order for Jury Trial on April 28, 2005 (Document No. 18);

**AND WHEREAS** the Court set a discovery cut-off date with respect to all non-expert discovery of January 6, 2006;

1  **AND WHEREAS** the Court set a deadline with respect to expert disclosure and Rule 26
2  reports of January 6, 2006;

3  **AND WHEREAS** the parties agree that additional time to conduct non-expert related
4  discovery would be beneficial;

5  **AND WHEREAS** the parties agree that extending the date to disclose experts and rebuttal
6  experts and Rule 26 reports would be beneficial;

7  **IT IS HEREBY AGREED AND STIPULATED** by and between the parties, through their
8  respective counsel that the April 28, 2005 Case Management and Pretrial Order For Jury Trial be
9  amended as follows:

11  1.  "All non-expert discovery shall be completed by January 31, 2006." (paragraph 2.a.);
12  2.  "Experts shall be disclosed and reports provided by plaintiff and defendant by
13  February 6, 2006" (paragraph 2.c.);
14  3.  "Rebuttal experts shall be disclosed and reports provided by February 20, 2006"
15  (paragraph 2.d.);
16  4.  "All discovery from experts shall be completed by March 6, 2006" (paragraph 2.e).

18  **IT IS SO STIPULATED.**

20  DATED:  November 18, 2005         JEFFER, MANGELS, BUTLER & MARMARO LLP

23                                              BY: _____/S/_____
                                                         J.T. WELLS BLAXTER
24                                              Attorneys for Defendant and Counterclaimant E-Z-GO,
                                                a division of TEXTRON INC.

| | | |
|---|---|---|
| 1 | DATED:  November 18, 2005 | CORNERSTONE LAW GROUP |

BY: _____/S/_____
   JOHN C. BROWN
Attorneys for Plaintiff and Counterdefendant TK POWER, INC.

\* \* \*

**ORDER**

Pursuant to foregoing stipulation, **IT IS SO ORDERED**. All other dates remain the same.

DATED: November 22, 2005

_____
THE HONORABLE EDWARD M. CHEN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT