TUCKER ELLIS & WEST LLP
PETER KOENIG – STATE BAR NO. 132437
BRIAN T. CLARK – STATE BAR NO. 184003
One Market Street, Steuart Tower, Suite 1300
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys For Defendant and Counterclaimant
E-Z-GO, a division of TEXTRON INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK POWER, INC. | Case No. C-04-5098 EMC |
|      Plaintiff, | Judge: Hon. Edward M. Chen |
|      v. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| TEXTRON, INC. | |
|      Defendant. | |
| TEXTRON INC., a Delaware Corporation, | |
|      Counterclaimant, | Trial Date:    May 8, 2006 |
|      v. | |
| TK POWER, INC., a Nevada Corporation, | |
|      Counterdefendant. | |

     Jeffrey A. Healy, an active member in good standing of the bar of the Supreme Court of Ohio and the United States District Court for the Northern District of Ohio, whose business address and telephone number is Tucker Ellis & West LLP, 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115-1414; telephone: (216) 592-5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant and Counterclaimant Textron Inc.

1        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

3  *vice*. Service of papers upon and communication with co-counsel designated in the application

4  will constitute notice to the party. All future filings in this action are subject to the requirements

5  contained in General Order No. 45, *Electronic Case Filing*.

6

7

8  DATED: January __17__, 2006

9

10                               

11       By: _____

                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Order Granting Application for
Admission of Attorney *Pro Hac Vice*
*Case No.* C-04-5098 EMC