| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
| | PETER KOENIG – STATE BAR NO. 132437 |
| 2 | BRIAN T. CLARK – STATE BAR NO. 184003 |
| | JEFFREY A. HEALY – (ADMITTED PRO HAC VICE) |
| 3 | SCOTT J. KELLY –STATE BAR NO. 210747 |
| | One Market Street, Steuart Tower, Suite 1300 |
| 4 | San Francisco, CA 94105 |
| | Telephone: 415.617.2400 |
| 5 | Facsimile: 415.617.2409 |
| 6 | Attorneys For Defendant and Counterclaimant |
| | E-Z-GO, a division of TEXTRON INC. |
| 7 | |
| | HARRY G. LEWIS –STATE BAR NO. 157705 |
| 8 | JOHN C. BROWN –STATE BAR NO. 195804 |
| | CORNERSTONE LAW GROUP |
| 9 | 595 Market Street, Suite 2360 |
| | San Francisco, CA 94105 |
| 10 | Telephone: 415.974.1900 |
| | Facsimile: 415.974.6433 |
| 11 | |
| | Attorneys for Plaintiffs and Counterdefendant TK |
| 12 | Power, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TK POWER, INC. | Case No. C-04-5098 EMC |
| Plaintiff, | Judge: Hon. Edward M. Chen |
| v. | **STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF AND DEADLINE FOR FILING PRETRIAL STATEMENT TO ACCOMMODATE SCHEDULING OF EXPERT DEPOSITIONS** ; ORDER |
| TEXTRON, INC. | |
| Defendant. | |
| TEXTRON INC., a Delaware Corporation, | |
| Counterclaimant, | |
| v. | |
| TK POWER, INC., a Nevada Corporation, | |
| Counterdefendant. | |

Plaintiff TK Power, Inc. and Defendant Textron, Inc., by and through their respective

---

Stipulation to Extend Expert Discovery Cutoff and
Deadline for Filing Pretrial Statement

imanage8778941

1 undersigned counsel, hereby stipulate and agree to the extension of deadlines as set forth below.
2 The parties respectfully request that the Court enter the attached Order to effectuate the Parties'
3 agreement.

4     The need for these extensions is to accommodate a large number of expert depositions
5 that need to occur in a very short period of time.  Between the parties, nine depositions need to
6 occur.  The parties have worked cooperatively to establish a deposition schedule that
7 accommodates the schedules of these witnesses and counsel.  The parties have agreed on a
8 proposed schedule that will accommodate everyone's needs.  Under that schedule, critical
9 depositions will be completed by April 12, 2006.  In light of this, the parties have agreed to
10 extension of the expert discovery cutoff through April 12, 2006 to accommodate this proposed
11 deposition schedule.  Currently, the expert discovery cutoff is March 31, 2006.

12     The parties also have agreed to an extension of the deadline to file and serve a joint
13 pretrial statement.  Currently, the deadline for filing a joint pretrial statement is April 7, 2006.
14 Given the proposed deposition schedule described above, such a statement filed April 7, 2006
15 would lack critical information that would undoubtedly be useful to the Court.  Therefore, the
16 parties have agreed to extend the deadline through April 17, 2006.  With such an extension, the
17 pretrial statement can include all information that it should include.

18     The parties have worked hard and in a cooperative fashion in order to see that expert
19 depositions are completed as promptly as possible.  The parties respectfully request that the
20 Court enter the attached Order, which reflects the parties' agreements.

21     **IT IS SO STIPULATED.**

24 DATED:  March 20, 2006                                    TUCKER ELLIS & WEST LLP

By:  _____/S_____
     Jeffrey A. Healy
     Attorneys for Defendant E-Z-GO, a
     division of TEXTRON INC.

2
Stipulation to Extend Expert Discovery Cutoff and
Deadline for Filing Pretrial Statement

imanage8778941

CORNERSTONE LAW GROUP


By: _____/S_____
   John C. Brown
   Attorneys for Plaintiff TK POWER, INC.

**ORDER**

Pursuant to the foregoing stipulation, IT IS ORDERED that the expert discovery cutoff is set at April 12, 2006, and the date for service and filing of a joint pretrial statement is continued to April 17, 2006. All other dates remain the same. Objections to exhibits, etc. as stated on p. 5 of the First CMC order shall be filed and served by 4/20/06.

Dated: ___March 22_____, 2006

IT IS SO ORDERED
Judge Edward M. Chen

THE _____
UNITED STATES DISTRICT COURT

---

3
Stipulation to Extend Expert Discovery Cutoff and
Deadline for Filing Pretrial Statement

imanage8778941