TUCKER ELLIS & WEST LLP
PETER KOENIG (STATE BAR NO. 132437)
BRIAN T. CLARK (STATE BAR NO. 184003)
JEFFREY A. HEALY (ADMITTED PRO HAC VICE)
SCOTT J. KELLY (STATE BAR NO. 210747)
One Market Street, Steuart Tower, Suite 1300
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
Attorneys for Defendant and Counterclaimant
E-Z-GO, a division of TEXTRON, INC.

HARRY G. LEWIS (STATE BAR NO. 157705)
JOHN C. BROWN (BAR NO. 195804)
CORNERSTONE LAW GROUP
595 Market Street, Suite 2360
San Francisco, CA 94105
Phone: 415-974-1900
Fax: 415-974-6433
Attorneys for Plaintiffs and Counterdefendant
TK Power, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TK POWER, INC., a Nevada corporation,
Plaintiff,
vs.
TEXTRON, INC., a Delaware corporation,
Defendant.

TEXTRON INC., a Delaware Corporation,
Counterclaimant,
vs.
TK POWER, INC., a Nevada Corporation,
Counterdefendant.

Case No.: C-04 05098-EMC

Judge: Hon. Edward M. Chen

**STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF AND DEADLINE FOR FILING PRETRIAL STATEMENT TO ACCOMMODATE SCHEDULING OF EXPERT DEPOSITIONS** ; ORDER

Plaintiff TK Power, Inc. and Defendant Textron, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to the extension of deadlines as set forth in the First Amended Case Management and Pretrial Order. The parties respectfully request that the Court extend the deadline for the joint submission of exhibits and jury instruction to April 20, 2006 and the deadline for the objections to the exhibits to April 21, 2006. All other dates remain the same.

**IT IS SO STIPULATED.**

DATED: APRIL 13, 2006

TUCKER ELLIS & WEST LLP

By: __________/S_________________

Jeffrey A. Healy
Attorneys for Defendant E-Z-GO, a division of TEXTRON, INC.

DATED: APRIL 13, 2006

CORNERSTONE LAW GROUP

By: ___________/S________________

John C. Brown
Attorneys for Plaintiff TK POWER, INC.

**ORDER**

Pursuant to the foregoing stipulation, IT IS ORDERED.

DATED: __April 14____, 2006

EDWARD
United Sta

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA