1  TUCKER ELLIS & WEST LLP
   PETER KOENIG – STATE BAR NO. 132437
2  BRIAN T. CLARK – STATE BAR NO. 184003
   One Market Street, Steuart Tower, Suite 1300
3  San Francisco, CA 94105
   Telephone:  415.617.2400
4  Facsimile:  415.617.2409

5  Attorneys For Defendant and Counterclaimant
   E-Z-GO, a division of TEXTRON INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | TK POWER, INC. | Case No. C-04-5098 EMC |
|---|---|---|
| 12 | Plaintiff, | Judge:  Hon. Edward M. Chen |
| 13 | v. | **STIPULATION AND [PROPOSED] ORDER REGARDING USE OF EQUIPMENT AT TRIAL** |
| 14 | TEXTRON, INC. | |
| 15 | Defendant. | |
| 16 | | |
| 17 | TEXTRON INC., a Delaware Corporation, | Trial Date:     May 8, 2006 |
| 18 | Counterclaimant, | |
| 19 | v. | |
| 20 | TK POWER, INC., a Nevada Corporation, | |
| 21 | Counterdefendant. | |

22      **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN PARTIES IN**

23  **THE ABOVE-ENTITLED ACTION** through their respective counsel of record as follows:

24      The parties request that they be permitted to bring in the Courtroom and use the

25  following equipment during the trial in the above matter:

26      1.   Elmo

27      2.   Video Projectors

28      3.   Easel

STIPULATION AND [PROPOSED] ORDER
SFOiManage1451231

|   |     |                      |
|---|-----|----------------------|
| 1 | 4.  | Speakers             |
| 2 | 5.  | Cords                |
| 3 | 6.  | Exhibit Boards       |
| 4 | 7.  | Battery Chargers     |
| 5 | 8.  | Laptop Computers     |
| 6 | 9.  | CD/DVD/Video Players |

**IT IS SO STIPULATED.**

DATED: May 3, 2006                    TUCKER ELLIS & WEST LLP


By:  _____/S/_____
     Peter J. Koenig
     Attorneys for Defendant and
     Counterclaimant E-Z-GO, a division of
     TEXTRON, INC.

DATED: May 3, 2006                    CORNERSTONE LAW GROUP


By:  _____/S/_____
     John C. Brown
     Attorneys for Plaintiff and
     Counterdefendant TK POWER, INC.

2
STIPULATION AND [PROPOSED] ORDER

SFOiManage1451231

**ORDER**

Pursuant to foregoing stipulation, IT IS SO ORDERED.

DATED: May 3, 2006

By: _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED* — Judge Edward M. Chen