**FILED** E-Filing

MAY X 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TK POWER, INC.,

        Plaintiff,

    v.

TEXTRON, INC.,

        Defendant.

_____/

No. C-04-5098 EMC

**ORDER RE RULINGS ON EVIDENTIARY OBJECTIONS**

**(Docket Nos. 142, 143, 150, 157, 176)**

    The Court has reviewed the parties' objections to proposed exhibits, discovery excerpts and deposition excerpts. Its rulings thereon – overruled ("O" or "OR"), sustained ("S"), or "reserved" (for trial pending additional information such as foundational evidence, purpose, etc.) are indicated on Exhibits A, B, C, D, and E attached hereto.

    This Order disposes of Docket Nos. 142, 143, 150, 157, and 176.

    IT IS SO ORDERED.

Dated: May 3, 2006

EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

# EXHIBIT A

1 │ TUCKER ELLIS & WEST LLP
  │ PETER KOENIG – STATE BAR NO. 132437
2 │ BRIAN T. CLARK – STATE BAR NO. 184003
  │ One Market Street, Steuart Tower, Suite 1300
3 │ San Francisco, CA 94105
  │ Telephone: 415.617.2400
4 │ Facsimile: 415.617.2409

5 │ TUCKER ELLIS & WEST LLP
  │ JEFFREY A. HEALY – Admitted *Pro Hac Vice*
6 │ SCOTT KELLY – STATE BAR NO. 210747
  │ 1150 Huntington Building
7 │ 925 Euclid Avenue
  │ Cleveland, OH 44115-1414
8 │ Telephone: 216.592.5000
  │ Facsimile: 216.592.5009

9 │
  │ Attorneys For Defendant and Counterclaimant
10 │ E-Z-GO, a division of TEXTRON INC.

11 │

## UNITED STATES DISTRICT COURT

12 │

## NORTHERN DISTRICT OF CALIFORNIA

13 │

14 │
TK POWER, INC.                                    Case No. C-04-5098 EMC

15 │        Plaintiff,                              Judge: Hon. Edward M. Chen

16 │   v.                                          **DEFENDANT'S RESPONSE TO
                                                   PLAINTIFF'S DESIGNATION OF
17 │ TEXTRON, INC.                                 DISCOVERY RESPONSES ;**

18 │        Defendant.                             ORDER THEREON

19 │
                                                   Date:        April 26, 2006
20 │ TEXTRON INC., a Delaware Corporation,         Time:        3:00 p.m.
                                                   Courtroom:   C, 15th Floor
21 │        Counterclaimant,                       Judge:       Hon. Edward Chen

22 │   v.
                                                   (Docket No. 142)
23 │ TK POWER, INC., a Nevada Corporation,

24 │        Counterdefendant.

25 │

26 │   Defendant Textron, Inc. hereby objects to Plaintiff's use of discovery response.

27 │   **A.      Plaintiff's Use of Interrogatory Responses (E-Z-Go's Second Supplemental
28 │            Responses to Plaintiff's Special Interrogatories, Set One):**

─────────────────────────────────
DEFENDANT'S RESPONSES TO TK'S
DESIGNATIONS OF DISCOVERY
SFOiManage1449481

Expect to Use:

3 | No objection

10 | No objection

14 | No objection

22 | No objection

24 | Renew Objection in the Response     OR

May Use:

1 | Renew Objection in the Response     OR

2 | No objection

6 | No objection

7 | No objection

8 | Renew Objection in the Response     OR

9 | No objection

11 | No objection

15 | Renew Objection in the Response     OR

16 | Renew Objection in the Response     OR

18 | Renew Objection in the Response     OR

20 | No objection

21 | No objection

**B.**     **Plaintiff's Use of Requests for Admission Responses:**

Expect to Use:

3 | No objection

8 | Renew Objection in the Response     OR; narrative admitted

9 | Renew Objection in the Response     OR; narrative admitted

20 | No objection

24 | No objection

27 | Renew Objection in the Response     OR; narrative admitted

45 | Renew Objection in the Response     Reserve ruling on incomplete exhibit

2

| | | |
|---|---|---|
| 1 | 46 | No objection |
| 2 | 48 | No objection |
| 3 | 51 | No objection |
| 4 | 56 | No objection |
| 5 | 57 | No objection |
| 6 | 59 | No objection |
| 7 | 60 | No objection |
| 8 | 62 | No objection |
| 9 | 85 | No objection |
| 10 | 86 | No objection |
| 11 | 87 | No objection |
| 12 | 96 | No objection |
| 13 | 97 | Renew Objection in the Response |
| 14 | 100 | Renew Objection in the Response |
| 15 | 101 | Renew Objection in the Response |
| 16 | 109 | No objection |
| 17 | 111 | No objection |
| 18 | 113 | No objection |
| 19 | 118 | No objection |
| 20 | 124 | No objection |
| 21 | 128 | No objection |
| 22 | 130 | No objection |
| 23 | 131 | No objection |
| 24 | 134 | No objection |
| 25 | 136 | No objection |
| 26 | 137 | No objection |
| 27 | 146 | No objection |
| 28 | 147 | No objection |

*Handwritten annotations:*
Reserve ruling; incomplete exh.
OK, narrative admitted
OK, narrative admitted

3

| | | | |
|---|---|---|---|
| 1 | 148 | No objection | |
| 2 | 149 | No objection | |
| 3 | 150 | No objection | |
| 4 | 161 | Renew Objection in the Response | OR, narrative admitted |
| 5 | 165 | No objection  — Incomplete exhibit | |
| 6 | 167 | No objection | |
| 7 | 172 | Renew Objection in the Response | OR, narrative admitted |
| 8 | 173 | Renew Objection in the Response | OR, narrative admitted |
| 9 | 175 | No objection | |
| 10 | 177 | No objection | |
| 11 | 181 | No objection | |
| 12 | 182 | No objection | |
| 13 | 186 | No objection | |
| 14 | 188 | No objection | |
| 15 | 192 | No objection | |
| 16 | 193 | No objection | |
| 17 | 194 | No objection | |
| 18 | 196 | No objection | |
| 19 | 197 | No objection | |
| 20 | 199 | No objection | |
| 21 | 200 | No objection | |
| 22 | 203 | No objection | |
| 23 | 204 | No objection | |
| 24 | 209 | No objection | |
| 25 | 210 | No objection | |
| 26 | 211 | No objection | |
| 27 | 219 | No objection | |
| 28 | 221 | No objection | |

4

| | | |
|---|---|---|
| 1 | 222 | No objection |
| 2 | 224 | No objection |
| 3 | 228 | No objection |
| 4 | 233 | No objection |
| 5 | 234 | No objection |
| 6 | 235 | No objection |
| 7 | 236 | No objection |
| 8 | 237 | No objection |
| 9 | 249 | No objection |
| 10 | 250 | No objection |
| 11 | 251 | No objection |
| 12 | 253 | Renew Objection in the Response |
| 13 | 263 | No objection |
| 14 | 272 | No objection |
| 15 | 273 | No objection |
| 16 | 274 | No objection |
| 17 | 276 | No objection |
| 18 | 277 | No objection |
| 19 | 280 | No objection |
| 20 | 282 | Renew Objection in the Response |
| 21 | 285 | Renew Objection in the Response |
| 22 | 286 | No objection |
| 23 | 288 | No objection |
| 24 | 300 | No objection |
| 25 | 302 | No objection |
| 26 | 305 | No objection |
| 27 | 307 | No objection |
| 28 | | |

5

May use:

| | | |
|---|---|---|
| 52 | No objection | |
| 53 | No objection | |
| 55 | No objection | |
| 58 | No objection | |
| 59 | No objection (also in the "Expect to Use" list) | |
| 60 | No objection (also in the "Expect to Use" list) | |
| 78 | No objection | |
| 79 | No objection | |
| 88 | Renew Objection in the Response | OR; narrative admitted |
| 89 | No objection | |
| 90 | No objection | |
| 114 | No objection | |
| 119 | No objection | |
| 122 | No objection | |
| 123 | No objection | |
| 125 | No objection | |
| 126 | No objection | |
| 127 | No objection | |
| 162 | No objection | |
| 166 | No objection | |
| 176 | No objection | |
| 189 | No objection | |
| 198 | No objection | |
| 205 | No objection | |
| 260 | No objection | |
| 270 | No objection | |
| 271 | No objection | |

DEFENDANT'S RESPONSES TO TK'S
DESIGNATIONS OF DISCOVERY

SFOiManage1449481

1

2 | DATED: April 20, 2006

TUCKER ELLIS & WEST LLP

3

4

5

By: _____/S/_____
Scott Kelly
Attorneys for Defendant E-Z-GO, a
division of TEXTRON INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

DEFENDANT'S RESPONSES TO TK'S
DESIGNATIONS OF DISCOVERY

SFOiManage1449481

# EXHIBIT B

1  TUCKER ELLIS & WEST LLP
   PETER KOENIG – STATE BAR NO. 132437
2  BRIAN T. CLARK – STATE BAR NO. 184003
   One Market Street, Steuart Tower, Suite 1300
3  San Francisco, CA 94105
   Telephone: 415.617.2400
4  Facsimile: 415.617.2409

5  TUCKER ELLIS & WEST LLP
   JEFFREY A. HEALY – Admitted *Pro Hac Vice*
6  SCOTT KELLY – STATE BAR NO. 210747
   1150 Huntington Building
7  925 Euclid Avenue
   Cleveland, OH 44115-1414
8  Telephone: 216.592.5000
   Facsimile: 216.592.5009
9
   Attorneys For Defendant and Counterclaimant
10 E-Z-GO, a division of TEXTRON INC.

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | TK POWER, INC. | Case No. C-04-5098 EMC |
15 | Plaintiff, | Judge: Hon. Edward M. Chen |
16 | v. | **DEFENDANT'S RESPONSE TO** |
17 | TEXTRON, INC. | **PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY ;** |
18 | Defendant. | ORDER THEREON |
19 | | |
20 | TEXTRON INC., a Delaware Corporation, | Date: April 26, 2006 <br> Time: 3:00 p.m. |
21 | Counterclaimant, | Courtroom: C, 15th Floor <br> Judge: Hon. Edward Chen |
22 | v. | (Docket No. 143) |
23 | TK POWER, INC., a Nevada Corporation, | |
24 | Counterdefendant. | |

25

26 Defendant Textron, Inc. hereby objects to Plaintiff's designations of deposition

27 testimony.

28

                    DEFENDANT'S RESPONSES TO TK'S
                 DESIGNATIONS OF DEPOSITION TESTIMONY
   SFOiManage1449541

| 1 | (1) | Bell, Alex | No objection |
| 2 | (2) | Bourke, Michael J. | No objections |
| 3 | (3) | Gordon, Stacey | No objections |
| 4 | (4) | Hearn, Carlton | No objections |
| 5 | (5) | PMK (Bruntz, Kent) | 4:6-5:19: Objection to the lawyer colloquy -- Not |

testimony of sworn witness  *-Sustained;* [handwritten]

*Appears  Withdrawn per TK Amended Designation* [handwritten]

9:22-10:3    No objection    *of Depo. Test.* [handwritten]

12:3-12:17    No objection

12:18-14:13    No objection

Rest:    No objection

| (6) | PMK (Rutt & Schlachter) | No objection |

(7) Rayner, Martin    Only the following objections in plaintiff's designations

P. 31:25 to 32:4    Objection to form of question

(question appears to have been withdrawn) - *sustained* [handwritten]

P. 33:25 to 34:18    Objection to foundation; asks for a

legal conclusion; lawyer colloquy  *- sustained* [handwritten]

(8) Rutt, Susan    General objection to inclusion of lawyer colloquy being

read/presented to the jury  *- sustained* [handwritten]

Otherwise, any objections in the cited testimony withdrawn

(9) Schlachter, Greg    General objection to inclusion of lawyer colloquy being

read/presented to the jury  *- sustained* [handwritten]

Otherwise, any objections in the cited testimony withdrawn

(10) Yang, Roger    General objection to inclusion of lawyer colloquy being

read/presented to the jury  *- sustained* [handwritten]

P. 71:9 to 71:18    Objection to the lawyer colloquy, no

question  *- Sustained* [handwritten]

P. 73:2 to 73:7    Objection to form; question appears

to have been withdrawn  *- sustained* [handwritten]

2

SFOiManage1449541

1              P. 80:24 to 80:25        Objection to an answer read without

2              the question/questions preceding  *- sustained*

3              P.95:7 to 95:12         Question withdrawn by counsel *-S*

4              P. 98:23 to 99:1        Objection to the lawyer colloquy *- S*

5              P. 130:25 to 131:8       Object to lawyer colloquy  *~ S*

6              P. 132:15 to 132:24      Object to lawyer colloquy  *~ S*

7              P. 137:1 to 137:12       Objection to the interruption of the

8              answer by counsel, and move to strike the question and

9              answer for that reason.  Counsel was provided the

10             opportunity to cure are the deposition, and refused to do so. *-S*

11             P. 139:20 to 140:7       Objection to reading an answer

12             without the preceding question, as well as objection to the

13             lack of designation of the answer on p. 140:8. *- S*

14             P. 140:17 to 140:19     Objection to failure to identify the

15             entire question and answer *- S; question must be read for context.*

16             P. 143:5 to 143:12       Question stricken. Should not be

17             read to the jury  *- S*

18             P. 162:25 to 163:16     Objection to hearsay, lack of

19             foundation  *- OR*

20             P. 164:17 to 165:1      Objection to hearsay, lack of

21             foundation  *- OR*

22 DATED:  April 20, 2006                TUCKER ELLIS & WEST LLP

23

24

25                  By: _____/S/_____
                          Scott Kelly

26                           Attorneys for Defendant E-Z-GO, a
                          division of TEXTRON INC.

27

28

DEFENDANT'S RESPONSES TO TK'S
DESIGNATIONS OF DEPOSITION TESTIMONY

SFOiManagc1449541

# EXHIBIT C

1  HARRY G. LEWIS (BAR NO. 157705)
2  JOHN C. BROWN (BAR NO. 195804)
   CORNERSTONE LAW GROUP
3  595 Market Street, Suite 2360
   San Francisco, CA 94105
4  Phone:  415-974-1900
   Fax:  415-974-6433
5  Attorneys for Plaintiffs, TK Power, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  TK POWER, INC., a Nevada corporation,        Case No.:  C-04 05098-EMC

13            Plaintiff,

14      vs.                              **PLAINTIFF'S OBJECTIONS TO
                                          DEFENDANT'S PROPOSED
15  TEXTRON, INC., a Delaware corporation,       DEPOSITION TESTIMONY**

16            Defendant.                  ( DOCKET NO. 150 )

17

18  TEXTRON INC., a Delaware Corporation,

19            Counterclaimant,

20      vs.

21  TK POWER, INC., a Nevada Corporation,

22            Counterdefendant.

23

24         Plaintiff TK Power, Inc. objects to the defendant Textron, Inc's. designation of deposition

25  testimony as follows:

26

27

28
                                                                          1

**Deposition of Scott Cawein**

| | |
|---|---|
| 10:23-12:1 | Relevance. |
| 17:2 – 18:13 | Relevance. |
| 19:4 – 21:9 | Vague and ambiguous where stated. |
| 58:18-59:1 | Ambiguous and speculative where stated. |
| 121:21-122:6 | Speculative where stated in lines 122:7-9. Lacks foundation. |
| 129:2-129:11 | Ambiguous where stated. Speculative where stated. Lacks foundation. |
| 132:1-132:16 | Speculative where stated and to all other questions. Lacks foundation. Witness not qualified as an expert to testify regarding all issues. |
| 133:2-133:7 | Speculative and non-responsive, as pointed out by plaintiff's counsel in the objections in 133:9-10. |
| 133:24-134:15 | Lack of foundation. Speculative. Relevance. |
| 136:13-136:23 | Speculative. Inappropriate lay opinion. Lacks foundation. |
| 137:18-137:21 | Testimony not given in response to a question. Ambiguous. Testimony appears to be a joke. |
| 218:9-219:25 | Speculative where stated. Lack of foundation where stated. |
| 236:25-237:19 | Speculative. Argumentative. (objection made on line 237:20) Inappropriate lay opinion as to all testimony. |
| 245:2-245:19 | Document speaks for itself and it is the best evidence. Hearsay. Lay witness interpretation inappropriate. |
| 252:15-253:21 | Argumentative where stated. Speculative where stated. Lack of foundation. |

2

| 254:6-257:9 | Document speaks for itself where stated and it is the best evidence. Hearsay. Lay witness interpretation inappropriate. No foundation. Speculative where stated. Assumes fact where stated. Ambiguous where stated.                    *O R* |
| --- | --- |
| 284:8 – 284:23 | Speculative where stated. Assumes facts where stated. Lack of foundation.                    *reserve* |
| 285:5-286:13 | Move to strike as nonresponsive, speculative, lack of foundation as to 286:6-13.    285:5 -285:22   S   285:23 -286:5   O R   286:6 -286:13   reserve |
| 291:11-292:11 | Speculative and lacks foundation where stated. Inappropriate expert opinion.                    *reserve* |
| 293:5-293:22 | Speculative where stated.                    *O R* |
| 295:15-297:1 | Too general and witness testifying from document where stated. Speculative where stated.                    *O R* |
| 300:18-301:12 | Where stated, the attorney's testifying. Hearsay. Assumes facts not in evidence, particularly to the point that it references, quote, unquote, "defects."                    *S* |
| 305:18-306:12 | Where stated,   Leading. Assumes facts not in evidence. No showing that the recollection needs to be refreshed.    *S* |

**Martin Rayner**

| 49:7-50:9 | Ambiguous as to which "battery charger" and lack of foundation where stated.                    *reserve* |
| --- | --- |
| 51:20-25 | Speculative. Lack of foundation.                    *reserve* |
| 52:4-13 | Speculative. Lack of foundation.                    *reserve* |

| 53:22-54:2 | Speculative. Lack of foundation in that there is no showing witness knows requirements and specifications.   *reserve* |
| 56:18-56:2 | Speculative. Attorney testifying.   *OR* |
| 59:9-59:21 | Speculative. Lacks foundation.   *reserve* |
| 61:17-61:21 | Response is ambiguous and unclear as to witness' meaning.   *OR* |
| 66:12-66:17 | Speculative.   *reserve* |
| 66:23-67:3 | Speculative.   *reserve* |
| 68:6-68:23 | Speculative.   *reserve* |
| 72:7-74:21 | Hearsay.   *reserve* |
| 75:7-75:22 | Hearsay. Ambiguous and speculative where stated.   *reserve* |
| 77:16-77:23 | Speculative. Question withdrawn.   *S* |
| 78:10-79:7 | Speculative where stated. Documents speak for itself and witness interpretation is not best evidence where stated. Attorney is testifying   *S* |
| 84:5-85:5 | Hearsay.   *S* |
| 85:6-85:17 | Attorney is testifying and witness only answered the question that his recollection was refreshed, not that it happened. Leading.   *S* |
| 86:6-86:11 | Leading and ambiguous.   *S* |
| 88:2-88:5 | Attorney testifying. No answer.   *S* |
| 97:17-97:23 | Leading. Speculative. Lack of foundation. Calls for expert opinion.   *S* |
| 98:4-99:3 | Leading where stated. Speculative where stated.   *OR* |
| 104:23-105:20 | Attorney testifying. Assumes facts not in evidence, speculative, lacks foundation, ambiguous where stated.   *OR* |

4

| 106:2-106:7 | Assumes facts not in evidence.   OR |
|---|---|
| 108:2-108:9 | Hearsay.   S |
| 108:10-108:15 | Leading.  Ambiguous.   OR |
| 109:17-109:22 | Leading.   OR |
| 110:22-111:4 | Leading.  Ambiguous.  Attorney testifying.   S |
| 113:14-113:25 | Document speaks for itself and is the best evidence.  Hearsay.   S |
| 115:17-116:4 | Document speaks for itself and is the best evidence.  Hearsay.   reserve |
| 116:5-116:12 | Speculative.  Lack of foundation.   OR |
| 117:10-117:14 | Hearsay.   OR |

**Vlado Stojanovic**

| 53:19-55:10 | Ambiguous answer.  Object unless entire context given.   reserve |
|---|---|
| 86:13-87:4 | Attorney's testifying, misstates testimony, assumes facts where   stated.   86:13 - 86:19   S   86:20 - 87:4   OR |
| 86:23-87:4 | Assumes facts.   OR |
| 87:5-87:15 | Ambiguous.  Relevance.   OR |
| 98:10-98:22 | Assumes facts.   S |
| 100:3-100:5 | Assumes facts.   OR |
| 100:9-100:12 | Assumes facts.   OR |
| 105:16-106:1 | Nonresponsive answer.   OR |
| 106:8-106:10 | Nonresponsive answer.   OR |
| 129:16-129:24 | Speculative.   S |
|  |  |
|  |  |

5

**Roger Yang**

| 44:25-45:17 | Hearsay. | OR |
|---|---|---|
| 47:16-47:22 | Non responsive.  Hearsay. | S |
| 78:23-78:25 | Ambiguous answer. | OR |
| 118:21-119:12 | Nonresponsive.  Vague.  Ambiguous.  Lacks foundation. | S |
| 179:12-179:16 | Hearsay. | S |
| 181:15-182:18 | Non responsive.  Further, objection to reading of testimony without inclusion of the answer at page 182, lines 19-21. | |
| 199:19-199:23 | Assumes facts.  Misstates testimony. | |
| 200:21-201:23 | Document speaks for itself and is this best evidence. | |

reserved — Does not correspond to Excerpt

Date: April 21, 2006

By _____ \s\ _____
   JOHN C. BROWN
   Attorneys for Plaintiff, TK POWER, INC.

6

# EXHIBIT D

1  TUCKER ELLIS & WEST LLP
   PETER KOENIG – STATE BAR NO. 132437
2  BRIAN T. CLARK – STATE BAR NO. 184003
   One Market Street, Steuart Tower, Suite 1300
3  San Francisco, CA 94105
   Telephone: 415.617.2400
4  Facsimile: 415.617.2409

5  TUCKER ELLIS & WEST LLP
   JEFFREY A. HEALY – Admitted *Pro Hac Vice*
6  SCOTT KELLY – STATE BAR NO. 210747
   1150 Huntington Building
7  925 Euclid Avenue
   Cleveland, OH 44115-1414
8  Telephone: 216.592.5000
   Facsimile: 216.592.5009
9
   Attorneys For Defendant and Counterclaimant
10 E-Z-GO, a division of TEXTRON INC.

11                   **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | | |
|---|---|
| TK POWER, INC. | Case No. C-04-5098 EMC |
| Plaintiff, | Judge: Hon. Edward M. Chen |
| v. | **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS** |
| TEXTRON, INC. | |
| Defendant. | |
| TEXTRON INC., a Delaware Corporation, | Date:       April 26, 2006<br>Time:       3:00 p.m.<br>Courtroom:  C, 15th Floor<br>Judge:      Hon. Edward Chen |
| Counterclaimant, | |
| v. | (Docket No. 157) |
| TK POWER, INC., a Nevada Corporation, | |
| Counterdefendant. | |

25     Defendant Textron, Inc. hereby objects to Plaintiff's designated exhibits.

26

27

28

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
EXHIBITS

SFOiManage1449711

1    P3164  Textron 10-K Annual Report filed 2/24/2006 for period ending 12/31/2005

2        Defendant objects to this exhibit and its use at trial because it is irrelevant and its

3    probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion

4    of the issues, and misleading of the jury.  Further, defendant objects to this exhibit on the same

5    basis as set forth in its Motion In Limine To Exclude Evidence Of The Parties' Comparative

6    Financial Position, which is incorporated herein by reference.   *Sustained as to admissibility* *phase*

7        "Charge Data and Analysis" dated and included on a disk marked P3180:

8    1/3/2006

9    1/4/2006

10   1/27/2006

11   1/30/2006

12   2/14/2006

13   2/15/2006

14   3/31/2006

15       Defendant objects to the use and/or introduction of this "testing" and data and any

16   testimony on these exhibits for the reasons set forth in its Motion in Limine entitled Defendant's

17   Motion In Limine To (1) Exclude Expert Testimony Of Gary Fleer, And (2) Exclude All

18   Testimony Regarding Battery Charger Tests Performed By Gary Fleer, which is incorporated

19   herein by reference.  *OR* .

20       "Charge Data and Analysis" dated and included on a disk marked P3180:

21   4/13-17/2006

22       Defendant objects to this extremely late-produced "new" evidence as untimely and in

23   complete contravention of both this Court's Discovery Order and the Federal Rules of Civil

24   Procedure.  Defendant first learned of these new "tests on April 17, 2006 at 4:29 pm EDT, and

25   was only provided the actual data from the "tests" on the afternoon of April 20, 2006 with

26   plaintiff's exhibits.  Defendant is extremely prejudiced by the late production of this purported

27   data, as discovery is long over and expert designations and deposition is complete.  Further,

28   defendant is now unable to assess what was done to the charger to make it work, although based

1   on the testimony of one of plaintiff's "experts", John Keenan, defendant believes that the charger

2   would need to be significantly altered and original parts of the charger destroyed in order to get it

3   to work. Defendant also objects to the use and/or introduction of this "testing" and data and any

4   testimony on these exhibits for the reasons set forth in its Motion in Limine entitled Defendant's

5   Motion In Limine To (1) Exclude Expert Testimony Of Gary Fleer, And (2) Exclude All

6   Testimony Regarding Battery Charger Tests Performed By Gary Fleer, which is incorporated

7   herein by reference.          OR

8

9   DATED: April 21, 2006                         TUCKER ELLIS & WEST LLP

10

11

12                                          By: _____/S/_____
                                               Scott Kelly
13                                             Attorneys for Defendant E-Z-GO, a
                                               division of TEXTRON INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  3
                   DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
                              EXHIBITS
SFOiManage1449711

# EXHIBIT E

1  HARRY G. LEWIS (BAR NO. 157705)
   JOHN C. BROWN (BAR NO. 195804)
2  CORNERSTONE LAW GROUP
   595 Market Street, Suite 2360
3  San Francisco, CA 94105
   Phone:  415-974-1900
4  Fax:  415-974-6433
5  Attorneys for Plaintiffs, TK Power, Inc.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  TK POWER, INC., a Nevada corporation,

              Plaintiff,                          Case No.:  C-04 05098-EMC

13                                                **PLAINTIFF TK POWER INC.'S**
        vs.                                       **AMENDED OBJECTIONS TO**
14                                                **DEFENDANT TEXTRON INC.'S**
    TEXTRON, INC., a Delaware corporation,        **EXHIBITS**
15
              Defendant.                          Courtroom C, 15th Floor
16                                                Judge:  Hon. Edward Chen

17

18  TEXTRON INC., a Delaware Corporation,         (Docket No. 176)

19            Counterclaimant,

20        vs.

21  TK POWER, INC., a Nevada Corporation,

22            Counterdefendant.

23

24

25      Plaintiff TK Power, Inc. submits the following amended objections to Textron's exhibits.

26  Plaintiff further reserves the right to object to these and any other exhibits pursuant to F.R.E. 602 if

27  Textron fails to present the sponsoring witness or fails to establish a proper foundation for the

28
                                                                                     1

exhibit. TK cannot make any such F.R.E. 602 objections at this time without knowing whether Textron has made any such showing.

TK has withdrawn most of its F.R.E. 403 objections but reserves the right to make any objections to the presentation by Textron of evidence as creating undue delay, waste of time, or needless presentation of cumulative evidence.

| Trial Exhibit # | Objection |
|---|---|
| D2061 | F.R.E. 701-702     OR |
| D2067 | F.R.E. 701-702     OR |
| D2071 | F.R.E. 701-702     OR |
| D2072 | F.R.E. 701-702     OR |
| D2082 | F.R.E. 701-702     OR |
| D2083 | F.R.E. 701-702     OR |
| D2088 | F.R.E. 701-702     OR |
| D2090 | F.R.E. 602, 701, 403 (undue prejudice)     OR |
| D2093 | F.R.E. 701-702     OR |
| D2094 | F.R.E. 701-702     OR |
| D2097 | F.R.E. 701-702     OR |
| D2107 | F.R.E. 701-702     OR |
| D2126 | F.R.E. 403 – Undue prejudice, undue delay, waste of time and needless presentation of cumulative evidence, 602, 803     Reserve - depends or purpose |
| D2139 | F.R.E. 802, 701-702, 602     Reserve - p. TKD001713 missing |
| D2144 | F.R.E. 802     Reserve - depends on purpose |
| D2147 | F.R.E. 802, 701-702, 602     OR |
| D2153 | F.R.E. 802, 701-702, 602     OR |
| D2154 | F.R.E. 802, 701-702, 602     OR |
| D2199 | F.R.E. 701-702     OR |

PLAINTIFF TK POWER INC.'S AMENDED OBJECTIONS TO DEFENDANT TEXTRON INC.'S EXHIBITS C-04 05098-EMC

| | | |
|---|---|---|
| 1 | D2203 | F.R.E. 802 *OR* |
| 2 | D2204 | F.R.E. 701-702 *OR* |
| 3 | D2222 | F.R.E. 701-702 *Reserve – to whom was this given? purpose?* |
| 4 | D2224 | F.R.E. 701-702 *Same* '' |
| 5 | D2227 | F.R.E. 701-702 *Same* '' |
| 6 | D2242 | F.R.E. 802 *Reserve – who's notes are these* |
| 7 | D2246 | F.R.E. 802 *Sustained* |
| 8 | D2247 | F.R.E. 802 *Sustained* |
| 9 | D2248 | F.R.E. 802 *Sustained* |
| 10 | D2249 | F.R.E. 802 *Sustained* |
| 11–13 | D2250 | F.R.E. 802, violates First Amended Case Management and Pretrial Order for Jury Trial requiring designation of excerpts from depositions and requiring exchange of exhibit list by 4/17 *Sustained* |
| 14–16 | D2251 | F.R.E. 802, violates First Amended Case Management and Pretrial Order for Jury Trial requiring designation of excerpts from depositions and requiring exchange of exhibit list by 4/17 *Reserve – depends on purpose* |
| 17 | D2252 | F.R.E. 802 *Sustained* |
| 18–19 | D2253 | F.R.E. 802, violates First Amended Case Management and Pretrial Order for Jury Trial requiring designation of excerpts from depositions *Reserve – depends on purpose* |
| 20 | D2254 | F.R.E. 802 *Sustained* |
| 21 | D2255 | F.R.E. 802 *Sustained* |
| 22–23 | D2256 | F.R.E. 802, violates First Amended Case Management and Pretrial Order for Jury Trial requiring designation of excerpts from depositions *Reserve – depends on purpose* |

Date:   May 1, 2006

By _____ \s\ _____
HARRY G. LEWIS
Attorneys for Plaintiff, TK POWER, INC.

3