UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK POWER, INC., | No. C-04-5098 EMC |
| Plaintiff, | |
| v. | |
| TEXTRON, INC., | |
| Defendant. | |
| _____/ | |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective May 9, 2006 through May 19, 2006.

IT IS SO ORDERED.

Dated: May 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge