UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK POWER, INC., | No. C-04-5098 EMC |
| Plaintiff, | |
| v. | **ORDER RESERVING RULING ON TEXTRON'S MOTION TO DISMISS DUE TO SPOILATION OF EVIDENCE** |
| TEXTRON, INC., | |
| Defendant. | **(Docket No. 170)** |

With leave of Court, Textron has filed a Motion to Dismiss based on newly-discovered spoilation of evidence (docket no. 170). The critical issue is whether the software on charger #1462 received by Textron from TK Power for testing in 2006 had the same software as was available to Textron in 2003, or whether it contained more recent software developed by TK Power after the business relationship between the parties on this transaction terminated.

The Court cannot make this determination based on the declarations submitted. It reserves ruling pending receipt of evidence at trial.

IT IS SO ORDERED.

Dated: May 4, 2006

EDWARD M. CHEN
United States Magistrate Judge