**United States District Court**

For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8    TK POWER, INC.,                        No. C-04-5098 EMC
9              Plaintiff,
                                            **ORDER RE FILING OF JURY**
10       v.                                 **INSTRUCTIONS**
11   TEXTRON, INC.,
12             Defendant.
13   _____/
14
15       The Court, having considered the joint and proposed jury instructions submitted by the
16   parties, and having considered the applicable authorities and the argument of counsel at the further
17   pretrial conference held on May 3, 2006, hereby files as attached its proposed jury instructions.  The
18   Court notes that counsel for Defendants have indicated Defendants are withdrawing their
19   counterclaims for breach of contract, and that fact is reflected in the attached instructions.
20   Textron/E-Z-GO shall file a formal dismissal of its counterclaims by 4:00 p.m., May 5, 2006.  The
21   parties shall have until 4:00 p.m., May 5, 2006 to file any objections thereto.
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1     The Court takes under submission the issue of whether the five jury instructions proposed by

2  Defendants on the UCC shall be given.

3

4     IT IS SO ORDERED.

5

6  Dated:  May 5, 2006

7                                                           _____

8                                                           EDWARD M. CHEN
                                                            United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California