UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK POWER, INC., | No. C-04-5098 EMC |
|     Plaintiff, | |
|     v. | **VERDICT FORM** |
| TEXTRON, INC., | |
|     Defendant. _____/ | |

I.  **BREACH OF CONTRACT**

On TK Power's claim for breach of contract, select one of the two options:

\_\_\_\_\_    We find in favor of TK Power and against Textron/E-Z-GO.

\_\_\_\_\_    We find in favor of Textron/E-Z-GO and against TK Power.

If you find in favor of TK Power on this claim, answer the following:

We award TK Power the following damages:  $ _____.

Please go on to the next section, Section II - Negligent Misrepresentation.

**II.**    **NEGLIGENT MISREPRESENTATION**

On TK Power's claim for negligent misrepresentation, select one of the two options:

_____    We find in favor of TK Power and against Textron/E-Z-GO.

_____    We find in favor of Textron/E-Z-GO and against TK Power.

If you find in favor of TK Power on this claim, answer the following:

We award TK Power the following damages:  $ _____.

Please go on to the next section, Section III - False Promise.

3

**III.   FALSE PROMISE**

On TK Power's claim for false promise, select one of the two options:

\_\_\_\_\_   We find in favor of TK Power and against Textron/E-Z-GO.

\_\_\_\_\_   We find in favor of Textron/E-Z-GO and against TK Power.

If you find in favor of TK Power on this claim, answer the following:

We award TK Power the following damages:  $ _____.

If you find in favor of TK Power on the claim for false promise, also answer the following two questions:

1.   Did Textron/E-Z-GO engage in the conduct with malice, oppression or fraud?

\_\_\_\_\_ Yes      \_\_\_\_\_ No

2.   Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Textron/E-Z-GO acting in a corporate capacity?

\_\_\_\_\_ Yes      \_\_\_\_\_ No

4

Signed:

_____

Presiding Juror

Dated: _____

After all sections have been completed, deliver this verdict form to Judge Chen.