United States District Court
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    TK POWER, INC.,                              No. C-04-5098 EMC
9             Plaintiff,
                                                  **ORDER SETTING BRIEFING
10        v.                                       SCHEDULE ON DEFENDANT'S
                                                  MOTION FOR JUDGMENT AS A
11   TEXTRON, INC.,                               MATTER OF LAW ON NEGLIGENT
                                                  MISREPRESENTATION CLAIM**
12            Defendant.
     _____/        **(Docket No. 227)**
13
14
15        Defendant Textron renews its motion for judgment as a matter of law on TK Power's negligent
16   misrepresentation claim, and, in the alternative, moves to amend the judgment pursuant to Rule 59(e).
17   Plaintiff TK Power shall file an opposition to Textron's motion by 12:00 noon, June 12, 2006.  No reply
18   brief shall be filed.
19        The Court will hear oral argument on Textron's motion at the status conference set for June 14,
20   2006.
21
22        IT IS SO ORDERED.
23
24   Dated: June 7, 2006
25                                               _____
                                                 EDWARD M. CHEN
26                                               United States Magistrate Judge
27
28