```
 1  TUCKER ELLIS & WEST LLP
    PETER KOENIG (STATE BAR NO. 132437)
 2  BRIAN T. CLARK (STATE BAR NO. 184003)
    JEFFREY A. HEALY (ADMITTED PRO HAC VICE)
 3  SCOTT J. KELLY (STATE BAR NO. 210747)
    One Market Street, Steuart Tower, Suite 1300
 4  San Francisco, CA 94105
    Telephone: 415.617.2400
 5  Facsimile: 415.617.2409
    Attorneys for Defendant and Counterclaimant
 6  E-Z-GO, a division of TEXTRON, INC.

 7
    HARRY G. LEWIS (STATE BAR NO. 157705)
 8  JOHN C. BROWN (BAR NO. 195804)
    CORNERSTONE LAW GROUP
 9  595 Market Street, Suite 2360
    San Francisco, CA 94105
10  Phone: 415-974-1900
    Fax: 415-974-6433
11  Attorneys for Plaintiffs and Counterdefendant
    TK Power, Inc.
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TK POWER, INC., a Nevada corporation,<br>　　　　Plaintiff,<br>vs.<br>TEXTRON, INC., a Delaware corporation,<br>　　　　Defendant. | Case No.: C-04 05098-EMC<br>Judge: Hon. Edward M. Chen<br>**STIPULATION TO RESCHEDULE STATUS CONFERENCE** ; ORDER |
| TEXTRON INC., a Delaware Corporation,<br>　　　　Counterclaimant,<br>vs.<br>TK POWER, INC., a Nevada Corporation,<br>　　　　Counterdefendant. | |

Page 1
STIPULATION TO RESCHEDULE STATUS CONFERENCE

Plaintiff TK Power, Inc. and Defendant Textron, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to reschedule the status conference from August 2, 2006 to August 30, 2006 at 2 p.m. The parties respectfully request that the Court extend the deadline for the status conference from August 2, 2006 to August 30, 2006 at 2 p.m. Updated joint status conference statement due 8/23/06.

**IT IS SO STIPULATED.**

DATED: JULY 31, 2006            TUCKER ELLIS & WEST LLP


By: _____/S_____
    Jeffrey A. Healy
    Attorneys for Defendant E-Z-GO, a
    division of TEXTRON, INC.

DATED: July 31, 2006            CORNERSTONE LAW GROUP


By: _____/S_____
    Harry G. Lewis
    Attorneys for Plaintiff TK POWER, INC.

Page 2
STIPULATION TO RESCHEDULE STATUS CONFERENCE

## ORDER

Pursuant to the foregoing stipulation, IT IS ORDERED.

DATED: August 2, 2006

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

EDWARD
United ~~States Magistrate Judge~~

Page 3
STIPULATION TO RESCHEDULE STATUS CONFERENCE