TUCKER ELLIS & WEST LLP
PETER KOENIG – STATE BAR NO. 132437
BRIAN T. CLARK – STATE BAR NO. 184003
One Market Street, Steuart Tower, Suite 1300
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

E-filing

Attorneys For Defendant and Counterclaimant
E-Z-GO, a division of TEXTRON INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK POWER, INC.<br><br>Plaintiff,<br><br>v.<br><br>TEXTRON, INC.<br><br>Defendant.<br><br>TEXTRON INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>TK POWER, INC., a Nevada Corporation,<br><br>Counterdefendant. | Case No. C-04-5098 EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENTER PRELIMINARY VERDICTS** |

Plaintiff TK Power, Inc. and Defendant E-Z-GO, a division of Textron Inc., by and through their respective undersigned counsel, stipulate and agree, and hereby do request that The Honorable Edward M. Chen ("the Court"), who presided over the trial of this lawsuit, consider the evidence and testimony presented at the initial trial in this cause, to include the Court's notes taken in the course of said proceeding, and enter preliminary verdicts on the two claims that remain unresolved: plaintiff's 1st claim in its First Amended Complaint, for Breach of Contract, and plaintiff's 3rd claim in the First Amended complaint, for Negligent Misrepresentation. In

---

STIPULATION AND [PROPOSED] ORDER

SFOiManage147201l

1 accordance therewith, the parties further request that the Court complete the verdict forms for the
2 pertinent claims, which forms the parties presented to the jurors at the May 2006 trial of this
3 matter and are attached to this Stipulation as Exhibit 1, but refrain from immediately entering
4 written findings of fact and conclusions law in support of said verdicts.

**IT IS SO STIPULATED.**

DATED: September 25, 2006                    TUCKER ELLIS & WEST LLP


By: _____/S/_____
Peter J. Koenig
Attorneys for Defendant and
Counterclaimant E-Z-GO, a division of
TEXTRON, INC.

DATED: September 25, 2006                    CORNERSTONE LAW GROUP


By: _____/S/_____
John C. Brown
Attorneys for Plaintiff and
Counterdefendant TK POWER, INC.

1 **ORDER**

2  Pursuant to foregoing stipulation, IT IS SO ORDERED.

3

4  DATED: ~~September~~ October 3, 2006

5

6  By: _____
7  THE HONORABLE EDWARD M. CHEN
   UNITED STATES DISTRICT COURT

8

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK POWER, INC., | No. C-04-5098 EMC |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| TEXTRON, INC., | |
| Defendant. | |

I. **BREACH OF CONTRACT**

On TK Power's claim for breach of contract, select one of the two options:

\_\_\_\_\_ We find in favor of TK Power and against Textron/E-Z-GO.

√ We find in favor of Textron/E-Z-GO and against TK Power.

If you find in favor of TK Power on this claim, answer the following:

We award TK Power the following damages: $ _____ .

Please go on to the next section, Section II - Negligent Misrepresentation.

II. **NEGLIGENT MISREPRESENTATION**

On TK Power's claim for negligent misrepresentation, select one of the two options:

_____ We find in favor of TK Power and against Textron/E-Z-GO.

✓ We find in favor of Textron/E-Z-GO and against TK Power.

If you find in favor of TK Power on this claim, answer the following:

We award TK Power the following damages: $ _____.

Please go on to the next section, Section III - False Promise.

3